IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Criminal Action: 13-cr-00197-RBJ          Date: February 24, 2014
Courtroom Deputy: Julie Dynes             Court Reporter: Kara Spitler
Interpreter: N/A                          Probation: Nicole Peterson

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Robert Brown for Jeremy Sibert* |
| v. | |
| 1. AARON RODRIGUEZ<br>**Defendant(s)** | *Matthew K. Belcher* |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     **9:01 a.m.**

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [41] Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553(A) is DENIED.

   Defendant shall be **imprisoned** for **57 months**, consecutive to the state court case.

   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3 years**.

**ORDERED:**  **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**  **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall submit to a search of his person or residence on reasonable suspicion of any violation of supervised release.
- (**X**) The defendant shall not associate with or have contact with any gang members and shall not participate in any gang activity, to include displaying gang paraphernalia.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Northern or Central California.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  9:43 a.m.          Hearing concluded.          Total time:     00:42